**Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00650-CV
_____

**YAMAL SALEM AND JOCELYN SALEM, Appellant**

**V.**

**JULIE CHEUNG, Appellee**

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1156788**

## ORDER

The trial court signed a final judgment against Yamal Salem and Jocelyn Salem on September 15, 2020. On September 16, 2020, a "Motion to Appeal" signed by Yamal Salem was filed. Jocelyn Salem did not sign that motion nor has she filed a notice of appeal on her own behalf.

A pro se party may not file a notice of appeal on behalf of another person. *Paselk v. Rabun*, 293 S.W.3d 600, 605 (Tex. App.—Texarkana 2009, no pet.). We notified the parties on September 29, 2020, that the appeal by Jocelyn Salem would be dismissed unless any party filed a response by October 9, 2020, showing

meritorious grounds for continuing the appeal. No response has been received.

The appeal by Jocelyn Salem is dismissed. The appeal by Yamal Salem remains pending.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.